

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Frank Randolph Kelly,
Individually and as the Trustee
of the Family Trust Under Will
of Mikie Leslene Kelly, and
Lacy Paige Brooks,

\* From the 244th District Court
of Ector County,
Trial Court No. C-23-10-1140-CV.

Vs. No. 11-24-00031-CV

\* May 30, 2024

Coby Todd Bausch,

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, we reverse the order of the trial court, and we remand this cause to the trial court for further proceedings consistent with this opinion. The costs incurred by reason of this appeal are taxed against Coby Todd Bausch.